# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

SHERRY BOICE and
VICTORIA FERRINGTON,

      v.            CASE NUMBER: C09-5341 RBL

PHONE DIRECTORIES COMPANY, LP.,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion to Transfer or Dismiss Based on Improper Forum is hereby GRANTED, and the Court transfers this action to the U.S. District Court for the District of Utah, Central Division.

*DATED :* August 25, 2009

                                      BRUCE  RIFKIN
                              *Clerk*

                                    /s/   Jean Boring
                              *(By) Deputy Clerk*, Jean Boring